United States District Court
Southern District of Texas
**ENTERED**
May 27, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDMUNDO ANTONIO MONROY-RIVERA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-13-209 |
| | § | CRIMINAL NO. B-12-296-1 |
| UNITED STATES OF AMERICA, ET AL., | § | |
| Respondent. | § | |

# ORDER

Pending is the Magistrate Judge's March 17, 2016, Report and Recommendation in the above-referenced cause of action. [Doc. No. 23] No objections have been lodged by either side and the time for doing so has expired.

Having reviewed all of the pleadings and the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, it is ordered that Edmundo Antonio Monroy-Rivera's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 1] is dismissed. Alternatively, it is denied as meritless. The issuance of a certificate of appealability is denied.

Signed this 27th day of May, 2016.

Andrew S. Hanen
United States District Judge